IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIANA L. WITTENBRINK,

    Plaintiff,

    v.

ULTIMATE MEDICAL ACADEMY,

    Defendant.

Case No. 19-30 JPG/MAB

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: August 28, 2019

                                                  *s/J. Phil Gilbert*
                                                UNITED STATES DISTRICT JUDGE